**SIGNED.**

Dated: May 21, 2008



_____
**JAMES M. MARLAR**
**U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 13 |
| ROBERT S WAGONER and DENA A WAGONER, | No. 4:07-bk-00032-JMM |
| Debtor(s). | **MEMORANDUM DECISION RE: ATTORNEYS' FEES** |

Debtors' counsel have requested $6,174 in fees for this case. The court has reviewed the time slips attached to the application (Dkt. #37), and notes that a total of 35.5 hours was devoted to this case, 14 of which were by attorneys at $250 per hour, and 21.5 by paralegals billed at $95 per hour.

The case was a typical one, without any extraordinary activity to differentiate it from other routine cases of this type.

The case was filed on January 10, 2007, and the Debtors' plan appears to be on the verge of confirmation, as a stipulated order was forwarded to the Trustee's office on April 25, 2008 (Dkt. #40).

When the attorneys accepted representation in this case, they agreed that their standard fee of $3,500 was acceptable. *See* Rule 2016 Statement. In this District, custom and practice dictates that a routine case costs approximately $3,500 in fees to administer, and courts approve "no challenge" or "no look" fees, for that sum, on a regular basis.

This case is not unusual or atypical. Additionally, the amount of time devoted to it by the attorneys and paralegals is also reasonable. The problem, however, is that the effort to apply a $250 hourly attorney rate to a routine chapter 13 case takes it outside the acceptable norm for consumer cases of this type. These chapter 13 cases cannot easily accommodate that hourly rate, even when a case is well managed and efficient, as this one was. Application of that <u>rate</u> ($250 per hour), under all circumstances, renders the total cost unreasonable.

Unfortunately, this court must find that the agreed Rule 2016 fee of $3,500 is the reasonable, and thus approved, fee for this case. The requested balance will therefore be DENIED.

DATED AND SIGNED ABOVE.

COPIES served as indicated below
on the date signed above:

Daniel J. Rylander
James L. Robinson, Jr.
Robinson & Rylander PC
4340 N Campbell Ave., Ste 266
Tucson, AZ 85718                                    Email: ecf@robrylaw.com

Dianne Crandell Kerns, Trustee
7320 N. La Cholla #154
PMB 413
Tucson, AZ 85741-2305                               Email mail@dcktrustee.com

Office of the U.S. Trustee
230 N. First Ave., Suite 204
Phoenix, AZ 85003-1706                              U.S. Mail

By /s/ M. B. Thompson
    Judicial Assistant